UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DIANE LOVE )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
)
EATON CORPORATION DISABILITY ) No. 5:16-CV-860-FL
PLAN FOR U.S. EMPLOYEES )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross motions for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 13, 2017, and for the reasons set forth more specifically therein, that the plaintiff's motion for partial summary judgment is GRANTED, and defendant's motion for summary judgment is DENIED. This case is remanded for further administrative proceedings consistent with order entered this date.

**This Judgment Filed and Entered on December 13, 2017, and Copies To:**
Melissa Leila Louzri (via CM/ECF Notice of Electronic Filing)
Jill S. Stricklin (via CM/ECF Notice of Electronic Filing)
Johanna F. Parker (via CM/ECF Notice of Electronic Filing)
Maynard A. Buck, III (via CM/ECF Notice of Electronic Filing)
Richard E. Hepp (via CM/ECF Notice of Electronic Filing)

December 13, 2017        PETER A. MOORE, JR.
                                  /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk